Margaret O'Dowd and Another, Appellants, v. R. H. Casey, Inc., Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Hotchkiss, JJ.

Alfred A. Whitman, Respondent, v. Alfred J. O'Donovan, Appellant. — Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Hotchkiss, JJ.

In the Matter of the Estate of Catherine E. Daly, Deceased.— Order affirmed, with costs. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Hotchkiss, JJ.; Ingraham, P. J., and Dowling, J., dissented.

The People of the State of New York v. Salon Carduci.— Motion granted. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

The People of the State of New York v. Michael Vito. — Motion granted. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

The People of the State of New York v. David Wasser.— Motion granted. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

Marie Farrington and Others v. American Mortgage Company, Impleaded, etc.— Motion granted. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

Anna J. Fulton v. Permilla A. Bunt, Impleaded.— Motion granted, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

James H. Warner v. Edwin D. Morgan and Another.— Motion granted, unless appellant complies with terms stated in order. Present— Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

Ignatius Custer v. William L. Abbott.— Motion granted, unless appellant complies with terms stated in order. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

Philip Liberman v. Louis C. Neuberger.— Motion granted, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

Rose Augenblick v. David Israel and Katie Israel.— Motion granted, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

Katherine T. New and Another v. Anna M. Burnett and Another.— Motion denied. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

W. Russell Root, Individually, etc., v. Walter Pulitzer and Others. (2 cases.) — Motions granted unless appellants comply with terms stated in orders. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.